In the Matter of the Application of EUGENE HIGGINS, Appellant, against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent.

In the Matter of the Application of PETER ROLLAR, Appellant, against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent.

In the Matter of the Application of ESTATE OF BRADISH JOHNSON, INC., Appellant, against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Respondent.

*New York city — street closing — mandamus to compel corporation counsel to institute proceedings to compensate property owners for closing of streets properly denied.*

*Matter of Higgins* v. *Nicholson*, 216 App. Div. 751, affirmed.
*Matter of Rollar* v. *Nicholson*, 216 App. Div. 752, affirmed.
*Matter of Estate of Johnson*, 216 App. Div. 752, affirmed.
(Argued September 29, 1926; decided October 19, 1926.)

APPEAL, in each of the above-entitled proceedings, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1926, which affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel the corporation counsel of the city of New York to institute proceedings pursuant to chapter 1006 of the Laws of 1895, and the acts amendatory thereof, for the ascertainment and determination of the compensation which should justly be made to petitioner for damages caused by the alleged closing and discontinuance of former Twelfth avenue from the southerly line of West Forty-second street to the northerly line of West Fifty-first street, and the alleged closing and discontinuance of West Forty-second, Forty-third, Forty-fourth, Forty-fifth, Forty-sixth, Forty-seventh, Forty-eighth, Forty-ninth and Fiftieth streets, from the westerly line of new Twelfth avenue to the bulkhead line, as shown on map dated June 20, 1916, adopted by the board of estimate and apportionment and approved by the mayor on July 27, 1916, and duly filed in accordance with law on Septem-

ber 25, 1916, in the borough of Manhattan, city of New York. The motion was denied on the ground that Twelfth avenue and the named intersecting streets were not discontinued and closed.

*Ralph L. Baldwin* for Eugene Higgins, appellant.

*Charles J. Nehrbas* and *Maurice L. Rippe* for Peter Rollar, appellant.

*Spotswood D. Bowers* and *Henry M. Carpenter* for estate of Bradish Johnson, Inc., appellant.

*George P. Nicholson, Corporation Counsel (L. Howell La Motte* and *Joel J. Squier* of counsel), for respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE DEMASCO, Appellant.

*Crimes — burglary in third degree and larceny in first degree — judgment of conviction affirmed.*

People v. Demasco, 215 App. Div. 829, affirmed.

(Argued September 29, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1926, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and larceny in the first degree.

*Joseph Lonardo* for appellant.

*Elvin N. Edwards, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.